RECEIVED
IN LAKE CHARLES, LA.

SEP 15 2010

TONY R. MOORE, CLERK
BY_____
            DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:06CR20063 |
| VERSUS | JUDGE MINALDI |
| MICHAEL A. WILLIAMS | MAGISTRATE JUDGE KAY |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that the certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

Lake Charles, Louisiana, this 14th day of September, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE